321 Ga. 277
FINAL COPY

S24G0359. CITY OF MADISON v. MORGAN COUNTY
HOSPITAL AUTHORITY.

ORDER OF THE COURT.

After careful consideration of the record and the briefs of the parties, the Court has determined that the writ of certiorari issued in Case No. S24G0359 was improvidently granted. Accordingly, the writ is vacated, and the petition for certiorari in Case No. S24C0359 is denied.

*All the Justices concur.*

BETHEL, Justice, concurring.

We granted certiorari in this case to address whether a governmental entity's right to use property in a manner inconsistent with municipal zoning ordinances pursuant to the entity's sovereign immunity is transferable to a subsequent purchaser. After consideration of the full record and the parties' arguments, however, this case does not appear to provide a clear path to resolving that

question, so I agree with the Court's decision to vacate the writ and deny the City of Madison's petition for certiorari. Nevertheless, I write separately to emphasize my belief that the question concerning the transferability of a governmental entity's sovereign exemption from zoning ordinances presents an issue of substantial gravity regarding property rights and governmental zoning authority. And when the proper case presents itself, I would be open to granting review again to address this important question.

I am authorized to state that Justice Warren and Justice Pinson join in this concurral.

Ordered February 18, 2025 — Reconsideration denied March 13, 2025.

Certiorari to the Court of Appeals of Georgia — 369 Ga. App. 739.

*James E. Carter; Jenkins Bowen & Walker, Frank E. Jenkins III; Powell & Edwards, Anthony O. L. Powell, John J. Crowley, Wesley C. Ross*, for appellant.

*Smith Gambrell & Russell, Kathryn M. Zickert, Kirk R. Fjelstul*, for appellee.

*Rusei C. Patel, Ryan R. Bowersox*, amici curiae.